IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND,<br><br>*Plaintiff,*<br><br>v.<br><br>J. Strober & Sons Roofing, LLC., et. al.,<br><br>*Defendants.* | Civil No. 1:21-cv-01405<br>Hon. Liam O'Grady<br>Hon. Theresa Buchanan |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Theresa C. Buchanan (the "Recommendation") on April 21, 2022 (Dkt. 12). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was May 5, 2022. To date, no objections have been filed.

Thus, after reviewing the record and Judge Buchanan's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 12) as to damages.

Therefore, it is hereby **ORDERED** that the Plaintiff's Motion for Default Judgment is **GRANTED.** *See* Dkt. 8.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund. It is **ORDERED** that judgment is hereby entered against Defendants J. Strober & Sons Roofing, LLC; Strober and Sons Roofing, LLC; Strober & Sons, LLC; and Strober Roofing and Maintenance, LLC in the amount of One Hundred Fifty

Nine Thousand Seven Hundred Ninety Four Dollars and Twenty-Five Cents ($159,794.25). The Defendants are to be held jointly and severally liable for this amount.

It is further **ORDERED** that the Plaintiff is awarded attorney's fees and costs in the amount of Six Thousand Three Hundred Two Dollars and Twenty-Two Cents ($6,302.22). The Defendants are to be held jointly and severally liable for this amount.

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

May 19, 2022  
Alexandria, Virginia

Liam Q. Grady  
United States District Judge